CITY OF MILWAUKEE,

        Appellant/Defendant.

    v.

RITA GILLESPIE,

        Appellee/Plaintiff,

Case No. 12-C-728

_____

CITY OF MILWAUKEE,

        Appellant/Defendant.

    v.

KEVIN WILLIAMS,

        Appellee/Plaintiff,

Case No. 12-C-729

_____

CITY OF MILWAUKEE,

        Appellant/Defendant,

    v.

JUDSON W. CAMPBELL AND
THERESE M. CAMPBELL

        Appellees/Plaintiffs.

Case No. 12-C-734

DECISION AND ORDER
GRANTING APPELLANT/DEFENDANT'S UNOPPOSED MOTION TO CONSOLIDATE
AND APPROVING STIPULATION FOR EXTENSION OF TIME

Based upon the stipulation of the parties in the above three actions and a finding that consolidation is appropriate under Rule 42(a) because the three appeals arise from adversary proceedings briefed and decided together,

IT IS ORDERED that appellant/defendant City of Milwaukee's motion to consolidate is GRANTED. Case Nos. 12-C-729 and 12-C-734 are consolidated with 12-C-728 for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and

IT IS FURTHER ORDERED that the stipulated motion to extend time limits is GRANTED. Appellees/plaintiffs' brief shall be filed on or before August 27, 2012. Appellant/defendant shall file its response on or before September 24, 2012.

Dated at Milwaukee, Wisconsin, this 17th day of August, 2012.

BY THE COURT

/s/ C. N. Clevert, Jr.
C. N. CLEVERT, JR.
CHIEF U. S. DISTRICT JUDGE